JACKSON *v.* GEORGIA RAILWAY and ELECTRIC COMPANY.

SIMMONS, C. J. While, even under the plaintiff's evidence, the case was a close one, there was some evidence upon which the jury might have based a finding against the defendant, and it was error to grant a nonsuit.

*Judgment reversed. All the Justices concur.*

Argued July 15, — Decided August 12, 1904. Rehearing denied August 12, 1904.

Action for damages. Before Judge Calhoun. City court of Atlanta. January term, 1904.

*Westmoreland Brothers*, for plaintiff. *Rosser & Brandon, W. T. Colquitt,* and *B. J. Conyers,* for defendant.